Submitted on record and briefs March 13, reversed April 8, 1992

In the Matter of Rosetta Schuster,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

ROSETTA SCHUSTER,
*Appellant.*

(9109-97022; CA A71597)

829 P2d 93

Gregg T. Sylvester, Portland, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Mary H. Williams, Assistant Attorney General, filed the brief for respondent.

Before Joseph, Chief Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

In this mental commitment case, the state concedes that the trial court erred in finding appellant to be a mentally ill person within the meaning of ORS 426.005(2). Nonetheless, we are required to conduct a *de novo* review.

On the basis of that review, we agree with the state: "This is one of those cases where the relationship between [the] appellant's medical condition and her emotional lability[1] cannot be gleaned from [the] record."

Reversed.

---

[1] Yes, lability, or the state of being labile: "[R]eadily or continually undergoing chemical or physical or biological change or breakdown." *Webster's Third New International Dictionary* 1259 (unabridged 1971).